ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
KEVIN YEH (CABN 314079)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    kevin.yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 3:23-CR-473-CRB |
|---|---|
| v. | ) STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME |
| MILTON JOEL VARELA ARTEAGA and JOSE MEDINA MURILLO, | ) |
| Defendants. | ) |

The above-captioned matter is set for a status conference on August 21, 2024. Because the government continues to produce discovery and so that counsel can further review discovery and discuss resolution, the parties respectfully request that the August 21, 2024, hearing be continued until September 25, 2024. The parties further stipulate and agree that excluding time from August 21, 2024, through September 25, 2024, will allow reasonable time for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 21, 2024, through September 25, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS AND EXCLUDE TIME
Case No. 3:23-cr-473-CRB                                                                                                v. 7/10/2018

counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 12, 2024          /s/ Kevin Yeh
DANIEL PASTOR
KEVIN YEH
Assistant United States Attorneys

DATED: August 12, 2024          /s/
RAMIN NADERI
Counsel for Defendant Milton Joel Varela Arteaga

DATED: August 12, 2024          /s/
SIERRA DUGGAN
Counsel for Defendant Jose Medina Murillo

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from August 21, 2024, through September 25, 2024, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from August 21, 2024, through September 25, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, the Court further ORDERS that the time from August 21, 2024, through September 25, 2024, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  August 12, 2024

HON. CHARLES R. BREYER
United States District Judge